(106 So. 924)

Nate SMITH and Francis Durham v. STATE. (7 Div. 125.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. C. A. Wolfes, of Ft. Payne, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appellants were jointly indicted and tried for the offense of violating the prohibition laws by distilling, etc., alcoholic liquors, and having in possession a still, etc., to be used for that purpose. The offense charged occurred more than two years prior to the finding of the indictment, and it appears that the prosecuting witnesses were not on good terms with appellants at the time the prosecution was instituted. The indictment, trial, and conviction, though, of both appellants, seem to have been in all things regular. The evidence was legally sufficient to warrant its submission to the jury. There was no motion for a new trial. No exception was taken to, as, indeed, there was no error in, any ruling of the court upon the admission or rejection of testimony. No error appears in the record. The judgment must be and is affirmed. Affirmed.

___

(107 So. 927)

Dave SMITH v. STATE. (7 Div. 244.) (Court of Appeals of Alabama. Feb. 9, 1926.) Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge. Dave Smith was convicted of possessing prohibited liquors, and he appeals. Reversed and remanded. Frank B. Embry, of Pell City, for appellant. Harwell G. Davis, Atty. Gen., for the State.

Counsel argue for error, and cite Miles v. State, 94 Ala. 106, 11 So. 403; McGee v. State, 115 Ala. 135, 22 So. 113; City of Selma v. Shivers, 150 Ala. 505, 43 So. 565; Bishop, Cr. Proc. 112; Bishop, New Crim. Law, 996.

Brief of counsel did not reach the Reporter.

RICE, J. The appeal here purports to be from a judgment of conviction in the circuit court, but there is nothing in this record to show how the circuit court acquired jurisdiction of the case. The conditions appear to be identical with those existing in the case of Ford v. State, 100 So. 917, 20 Ala. App. 67, and upon the authority of the opinion in that case the judgment must be reversed and the cause remanded. Other questions presented will be different on another trial, and will not here be considered. Reversed and remanded.

___

(107 So. 927)

Walter SMITH v. STATE. (1 Div. 659.) (Court of Appeals of Alabama. Feb. 9, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

___

(108 So. 926)

Burris SMITH v. STATE. (6 Div. 882.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Lamar County; R. L. Blanton, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

___

(109 So. 926)

Robert SMITH, alias Hot Dog, v. STATE. (1 Div. 664.) (Court of Appeals of Alabama. Sept. 7, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. Grand larceny.

PER CURIAM. Appeal dismissed, on motion of appellant.

___

(110 So. 925)

Miles SMITH v. STATE. (1 Div. 691.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Distilling and possessing still.

RICE, J. Affirmed.

___

(110 So. 925)

Ben SOMERVILLE v. CITY of TUSCALOOSA. (6 Div. 923.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Affirmed.

___

(108 So. 926)

SOUTHERN RAILWAY CO. v. Stockton COOKE. (8 Div. 377.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant. Nathan & Nathan, of Sheffield, for appellee.

BRICKEN, P. J. Appellee recovered judgment against appellant in the court below for $185.90. Appellant perfected its appeal to this court from the judgment rendered, but now moves the court to dismiss appeal. The motion is granted, and the appeal is dismissed. Appeal dismissed, upon motion of appellant.